The trial court's judgment is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Fernando RENDELL, Defendant–Appellant.**

**No. 70930.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1997.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

In this jury-tried case, Fernando Rendell (Defendant) appeals from a judgment upon his conviction for Possession of Burglar's Tools, § 569.180, RSMo 1994. Defendant alleges the trial court erred in denying his motion for acquittal, in submitting the case to the jury, and in entering judgment because the evidence was insufficient to support the jury's conclusion. We affirm. An extended opinion would be of no precedential value.

■

**STATE of Missouri, Respondent,**

v.

**Preston SMITH, Appellant.**

**No. 70341.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant, Preston Smith, was convicted of burglary in the first degree, § 569.160, RSMo 1994, robbery in the second degree, § 569.030, RSMo 1994, assault in the third degree, § 565.070, RSMo 1994, and misdemeanor stealing, § 570.030, RSMo 1994. He was sentenced as a prior and persistent offender to concurrent sentences of twenty-five years, twenty-five years, one year, and one year, respectively. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.20(b).